```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEDGEYE RISK MANAGEMENT, LLC,

                      Plaintiff,

        - against -

NADINE TERMAN AND SOLSTEIN
CAPITAL, LLC

                      Defendants.
------------------------------------------------------------X

22-CV-1113 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves certain discovery and case management issues discussed during the conference held on May 19, 2022.

    1.  Defendants' request to stay discovery pending their motion to dismiss is DENIED.

    2.  By **June 6, 2022**, the parties shall meet and confer and submit a proposed case schedule and management plan using this Court's form available at https://www.nysd.uscourts.gov/hon-robert-w-lehrburger.

    3. With respect to Defendants' motion to dismiss, the parties shall proceed with the schedule they previously filed with the Court; namely:  Defendants' opening papers by **June 17, 2022**; Plaintiff's opposition by **July 18, 2022**; Defendant's reply by **August 1, 2022**.

    4. With respect to Plaintiff's motion to consolidate, the parties shall proceed with the schedule they previously filed with the Court; namely: Plaintiff's opening papers by

1

**June 2, 2022**; Defendants' opposition by **June 16, 2022**; Plaintiff's reply by **June 23, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2022
    New York, New York

Copies transmitted this date to all counsel of record.