UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| HEDGEYE RISK MANAGEMENT, LLC, | : : : | No. 1:22-cv-01113 (ALC) (RWL) |
| Plaintiff, | : |  |
| v. | : : |  |
| NADINE TERMAN AND SOLSTEIN CAPITAL, LLC | : : : |  |
| Defendants. | : |  |

**[PROPOSED] JOINT STIPULATION AND ORDER REGARDING THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

WHEREAS, Plaintiff, Hedgeye Risk Management, LLC ("Hedgeye") filed a Complaint in the above-captioned matter on February 9, 2022.

WHEREAS, Plaintiff filed an Amended Complaint in the above-captioned matter on June 1, 2022 ("First Amended Complaint") (ECF No. 34);

WHEREAS, on June 15, 2022, Defendants filed a pre-motion letter pursuant to Rule 2.A of Your Honor's Individual Practices (ECF No. 40);

WHEREAS, on June 21, 2022, Plaintiff filed a response letter stating that they do not object to Defendants filing a motion to dismiss (ECF No. 42);

WHEREAS, the parties have conferred and agreed upon a briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. On or before July 12, 2022, Defendants shall file a motion to dismiss Hedgeye's First Amended Complaint.

2. On or before July 25, 2022, Plaintiff shall file its opposition to Defendants' motion, if any.

3. On or before August 8, 2022, Defendants' shall file its reply in further support of Defendants' motion, if any.

IT IS SO STIPULATED

APPROVED AND SO ORDERED
this ___ day of ___ 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 29, 2022

| VENABLE LLP | PRESS KORAL LLP |
|---|---|
| /s/ Wallerstein | /s/ Jason Koral |
| Eric A. Prager | Jason M. Koral |
| Thomas E. Wallerstein | PRESS KORAL LLP |
| VENABLE LLP | 641 Lexington Avenue |
| 1270 Avenue of the Americas | New York, NY 10022 |
| New York, NY 10020 | Tel: 917-881-1347 |
| Tel: 212-307-5500 | jkoral@presskoral.com |
| EAPrager@Venable.com | |
| TWallerstein@Venable.com | |
| *Counsel for Plaintiff Hedgeye Risk Management, LLC* | *Counsel for Defendants Nadine Terman and Solstein Capital, LLC* |